IN THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff

Cr. No. 98-00013–012(JAF)

v.

JUAN RAMOS-RIOS,
Defendant

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION IN RESPONSE TO COURT
## ORDER ISSUED ON FEBRUARY 13, 2007

**TO THE HONORABLE JOSE A. FUSTE, CHIEF**
**U.S. DISTRICT JUDGE**
**FOR THE DISTRICT OF PUERTO RICO:**

**COMES NOW, Desirée Reyes-Calderón, United States Probation Officer of the**

**Honorable Court and respectfully informs and prays the following**:

1. On May 24, 2000, Mr. Ramos-Ríos was sentenced by the Honorable Héctor M. Laffitte, United

States District Judge, to serve an imprisonment term of forty-six (46) months,  followed by a sixty (60)

months term of supervised release,  for a violation to Title 21, United States Code,  § 846 Conspiracy to

posses with intent to distribute cocaine and heroin.  Mr. Ramos-Rios was further ordered to submit to random

drug testing and treatment,  if needed.  A special monetary assessment in the sum of $100. On February 13,

2007, the case was re-assigned to Your Honor, due to Honorable Héctor M. Laffitte's retirement.

2. The offender has completed thirty-eight (38)  months and twenty -three (23) days of the sixty (60)

months supervised released term imposed.  Since the onset on supervision, Mr. Ramos-Ríos  has been

cooperative and has displayed a positive attitude toward the supervision process.  He has complied with all

Court-imposed standard and special conditions.  Mr. Ramos-Ríos has secured a gainful employment and has

maintained a law-abiding lifestyle.  All drug testing conducted  have yielded negative results to illegal drug

use.  On January 4, 2002, the special monetary assessment was paid in full.  On October 4, 2006, the offender

provided his DNA as required by law.

3. Mr. Ramos -Rios is entitled to an early termination pursuant to Title 18, <u>United States Code</u>, § 3564 (c) &3583 (e)(1); and he meets the criteria set forth by the Administrative Office of the United States, for assessing candidates for early termination. ***Mr. Ramos-Ríos' term is due to expire on November 28, 2008***.

4. This officer of the Court does not object to offender's petition for early termination.

5. The United States Attorney's Office posed no objections or opposition to the offender's petition.

***Wherefore,*** in lieu of the aforementioned and in compliance with the Court-order issued on February 13, 2007, the United States Probation Office for the District of Puerto Rico respectfully submits the aforementioned information and leaves the matter of termination to the sound discretion of the Court.

In San Juan, Puerto Rico, this ***20th day of February 2007.***

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

**<u>s/ Desirée Reyes-Calderón</u>**
Federal Office Building
Office 400
150 Carlos Chardón Ave.
San Juan, P.R. 00918-1741
(787)771-1401
(787)281-4940
Desirée_Reyes@prp.uscourts.go

**CERTIFICATE OF SERVICE**

**I HEREBY** certify that on February 20, 2007  I electronically filed the foregoing motion with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following:

Assistant U.S. Attorney Timothy Henwood and Luis Rivera-Rodriguez, Esq.

<u>**s/ Desirée Reyes-Calderón**</u>
Federal Office Building
Office 400
150 Carlos Chardón Ave.
San Juan, P.R. 00918-1741
(787)771-1401
(787)281-4940
Desiree_Reyes@prp.uscourts.gov